# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

### PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, _____, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri requests that this court admit _____, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who is counsel for _____ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

| _____ | _____ |
|---|---|
| **Signature of Movant/Attorney** | **MO Bar Number** |

| _____ | _____ |
|---|---|
| **Date** | **Address** |

| _____ | _____ |
|---|---|
| **Phone** | |

### Affidavit of Proposed Admittee

I, _____, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing of the state(s) of _____ and the United States District Court(s) of _____. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if I am ever suspended or disbarred from admission pro hac vice, the above-bringing in this motion must particulate in the preparation and presentation of the cause, including the approval of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with my movant to keep me advised of papers served and filed in this case.

**Case Number(s):**   **Case Title(s)**

_____   _____

_____   _____

_____   _____

| **Date:** _____ | **Signature:** /s/ Timothy A. Kolaya |
|---|---|
| **State Bar of Residence & Bar Number:** _____ | **Address:** _____ |
| **Phone:** _____ | **Email:** _____ |

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.