# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| F&C BERKLEY PARK KC, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-00787-GAV |
| v. ) | |
| ) | |
| MW BUILDERS, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

Plaintiff F&C Berkley Park KC, LLC certifies that on February 3, 2020 a true and correct copy of Plaintiff F&C Berkley Park KC, LLC's Rule 26(a)(1) Disclosures were served via electronic mail on the following counsel:

Jason L. Buchanan
McDowell, Rice, Smith & Buchanan
605 West 47th Street, Suite 350
Kansas City, MO  64112
jb@mcdowellrice.com
Attorneys for Defendants


Date:  February 3, 2020

Respectfully submitted,

**ROUSE FRETS WHITE
GOSS GENTILE RHODES, P.C.**


By:  */s/ Daniel O. Herrington*
Daniel O. Herrington MO #356446
Kenton E. Snow  MO #40698
4510 Belleview Avenue, Suite 300
Kansas City, Missouri 64111
Tel: (816) 753-9200
Fax: (816) 753-9201
Email:  dherrington@rousepc.com
Email:  ksnow@rousepc.com

and

**STUMPHAUZER FOSLID SLOMAN ROSS & KOLAYA PLLC**

By: */s/ Timothy A. Kolaya*
Timothy A. Kolaya  FL #056140
Admitted Pro Hac Vice
One Biscayne Tower
Two South Biscayne Boulevard, Suite 1600
Miami, FL 33131
Tel: (305) 614-1400
Email:  tkolaya@sfslaw.com

*Attorneys for F&C Berkley Park KC, LLC*