IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| F&C BERKLEY PARK KC, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00787-GAF |
| ) | |
| MW BUILDERS, INC., ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KIMBEL MECHANICAL SYSTEMS, INC.) | |
| WOLF CONSTRUCTION SERVICES, ) | |
| INC., and INNOVATIVE ) | |
| CONSTRUCTION SERVICES, LLC. ) | |
| ) | |
| Third-Party Defendants. ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant and Third-Party Plaintiff MW Builders, Inc., by and through its undersigned counsel, and pursuant to Rules 14 and 15 of the Federal Rules of Civil Procedure, moves for leave to file its proposed Second Amended Answer to Plaintiff's Complaint attached hereto as Exhibit A. In support hereof, MW Builders states as follows:

As more fully addressed in the Suggestions in Support of this Motion, MW Builders is seeking leave to add affirmative defenses for: (1) federal preemption; (2) Election of remedies; (3) lack of duty; and (4) nondelegable duty. MW Builders also made miner edits to two preexisting affirmative defenses including an affirmative defense that Plaintiff breached its warranties by providing defective plans and regarding the negligence of Plaintiff or its design team in defectively approving or inspecting construction. This amendment is sought based on MW Builders' continued investigation, review of project materials, as well the allegations alleged in the Answers

for the recently joined Third Party Defendants. Additionally, other provisions within the applicable building code or state law appear to apply to the same issues raised in Plaintiff's Complaint beyond the cited sections.

**WHEREFORE,** Defendant MW Builders, Inc. respectfully requests the Court grant its Motion for Leave to file its Second Amended Answer and for such further relief as this Court deems just.

Respectfully submitted,

**McDOWELL, RICE, SMITH & BUCHANAN, P.C.**

By: /s/ *Jason L. Buchanan*
Jason L. Buchanan – MO#54790
Thomas Buchanan – MO#45612
605 West 47th Street, Suite 350
Kansas City, Missouri 64112-1905
Phone: (816) 753-5400
Facsimile: (816) 753-9996
jb@mcdowellrice.com

**ATTORNEY FOR DEFENDANT/THIRD-PARTY PLAINTIFF MW BUILDERS, INC.**

# CERTIFICATE OF SERVICE

   I hereby certify that on May 22, 2020, a true and correct copy of the foregoing was filed using the Missouri CM/ECF System, which will send notice of such filing to all counsel of record.

**Counsel for Plaintiff F&C Berkley Park KC, LLC**
Daniel Owen Herrington
Rouse Frets White Goss Gentile Rhodes, PC - KCMO
4510 Belleview
Suite 300
Kansas City, MO 64111
816-753-9200
816-753-9201 (fax)
dherrington@rousepc.com

Kenton E. Snow
Rouse Frets White Goss Gentile Rhodes, PC - Leawood
5250 W. 116th Place
Suite 400
Leawood, KS 66211
913-387-1600
ksnow@rousepc.com

Timothy A Kolaya
Stumphauzer Foslid Sloman Ross & Kolaya
Two S. Biscayne Blvd.
Suite 2550
Miami, FL
305-614-1400
tkolaya@sfslaw.com

**Counsel for Third-Party Defendant Kimbel Mechanical Systems, Inc.**
Destiny L Bounds
Kutak Rock, LLP - KC
Two Pershing Square
2300 Main Street
Suite 800
Kansas City, MO 64108
816-960-0090
816-960-0041 (fax)
destiny.bounds@kutakrock.com

Mark Dossett
Kutak Rock, LLP - Omaha
1650 Farnam Street
Omaha, NE 68102-2186
402-346-6000
(402) 346-1148 (fax)
mark.dossett@kutakrock.com

Andrew Tarvin
Kutak Rock LLP - Fayetteville
234 E Millsap Road
Suite 200
Fayetteville, AR 72703
479-445-5565
479-973-0007 (fax)
andrew.tarvin@kutakrock.com

**Counsel for Third Party Defendant Innovative Construction Services, LLC**
Heather Shore
Brown & Ruprecht, PC
2323 Grand Boulevard
Suite 1100
Kansas City, MO 64108
(816) 292-7086
(816) 292-7050 (fax)
hshore@brlawkc.com

**Counsel for Third Part Defendant Wolf Construction Services, Inc.**
Theresa A. Otto
Baty Holm Numrich & Otto, P.C.-KCMO
4600 Madison Avenue
Suite 210
Kansas City, MO 64112-3019
816-360-8106
861-531-7201 (fax)
totto@batyotto.com


                                            */s/ Jason L. Buchanan*