# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| F&C BERKLEY PARK KC, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 19-00787-CV-W-GAF |
| MW BUILDERS, INC., | ) |
| Defendant/Third Party Plaintiff, | ) |
| vs. | ) |
| KIMBEL MECHANICAL SYSTEMS, INC.; WOLF CONSTRUCTION SERVICES, INC., d/b/a WOLF CONSTRUCTION COMPANIES; and INNOVATIVE CONSTRUCTION SERVICES, LLC, | ) |
| Third-Party Defendants. | ) |

## AMENDED SCHEDULING AND TRIAL ORDER

Now before the Court is Plaintiff's Unopposed Motion to Extend Deadlines in Scheduling and Trial Order (Doc. #55). For good cause shown, the Scheduling and Trial Order (Doc. #12) is amended as follows:

1. The deadline for filing discovery motions is extended to January 15, 2021.

2. The deadline for close of discovery is extended to February 5, 2021.

3. The deadline for plaintiff to designate expert witnesses is extended to July 31, 2020.

4. The deadline for defendant to designate its expert witnesses is extended to September 30, 2020.

5. The deadline for third party defendants to designate their expert witnesses is extended to December 15, 2020.

6. The deadline for filing dispositive motions is extended to February 12, 2021.

7. The final pretrial conference is continued to September 23, 2021, at 1:30 p.m., via telephone to be initiated by plaintiff's counsel.

8. The jury trial is continued to October 25, 2021, at 9:00 a.m.

                                              s/ Gary A. Fenner
                                              GARY A. FENNER, JUDGE
                                              UNITED STATES DISTRICT COURT

DATED: June 12, 2020